| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

United States District Court
Southern District of Texas
**ENTERED**
June 28, 2017
David J. Bradley, Clerk

Hector Sanchez, §
    *Petitioner,* §
§
*versus* § Civil Action 4:15-CV-02308
§
Lorie Davis, §
Director of the Texas Department of Criminal §
Justice - Correctional Institutions Division, §
    *Respondent.* §

## Order of Adoption

On March 02, 2016, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (Dkt. 20) to which the petitioner objected (Dkt. 21). Petitioner appealed the court's decision to the Fifth Circuit (Dkt. 24), which was denied for want of prosecution (Dkt .28). After considering the record and the law, the court overrules the objections and adopts the memorandum and recommendation as its memorandum and opinion. The petition is dismissed with prejudice. The court will issue a separate final judgment.

Signed June 27, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge